UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:23-CV-420-CCE-LPA

| | |
|---|---|
| DARREN PADILLA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INSIGHT GLOBAL, LLC; MERCK & Co.; ) <br> INC.; and MERCK SHARP & DOHME ) <br> LLC f/k/a MERCK SHARP & DOHME ) <br> CORP. f/k/a MERCK & CO., INC., ) <br> ) <br> Defendant. ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

NOW COMES Plaintiff, Darren Padilla ("Plaintiff"), and Defendant(s), Insight Global, LLC; Merck & CO, INC; and Merck Sharp & Dohme LLC f/k/a Merck Sharp and Dohme Corp. f/k/a Merck & Co., INC., (collectively "Defendants"), by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate that all of Plaintiff's claims against Defendants in this lawsuit are hereby dismissed with prejudice. Each party will bear their own costs and attorneys' fees.

This the 14th day of April, 2025.

| | |
|---|---|
| **GREEN MISTRETTA LAW, PLLC** | **JACKSON LEWIS P.C.** |
| /s/Dawn T. Mistretta | /s/Jason V. Federmack |
| Dawn T. Mistretta | Jason V. Federmack |
| N.C. State Bar No. 31691 | N.C. State Bar No. 46014 |
| 1752 Heritage Center Drive, Suite 101 | 3737 Glenwood Avenue, Ste 450 |
| Wake Forest, North Carolina 27587 | Raleigh, NC 27612 |
| Telephone: (919) 278-7453 | Telephone: 919-760-6460 |
| Facsimile: (855) 876-8893 | Facsimile: 919-760-6461 |
| Email: dmistretta@gmlawyers.org | Email: Jason.federmack@jacksonlewis.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |